UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

September 10, 2015

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARINA ANATOLYEVNA
DUSHENKO,

Defendant.

Case No.  2:15-mj-00182-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARINA ANATOLYEVNA

DUSHENKO ,

Case No.  2:15-mj-00182-CKD  from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

X   Unsecured Appearance Bond $    50,000, cosigned by father.

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

X   (Other): Pretrial services conditions stated on the record.

Issued at Sacramento, California on September 10, 2015 at _2:35 pm_

By: _Carol N Delaney_

Magistrate Judge Carolyn K. Delaney